Barbara Dawn Underwood

*Plaintiff(s)*

Apple Computers, Inc., Apple Store Augusta; Joseph Eric Larsen; Eric Williams; Sean Keenan; Tianna Monet Gouviea Howard; Stephen Duane Brown

*Defendant(s)*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 APR -7 P 1:01

CLERK
SO. DIST. OF GA.

Civil Case no.:
1:20-cv-00136

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT ON DEFENDANT, SEAN KEENAN

To the honorable Brian K. Epps and Court Clerk,

I, the plaintiff, respectfully request this court make an entry of default in this action and show that the complaint in the above case was filed in this court on the 29th day of September, 2020.

I, the plaintiff, notified the defendant, Sean Keenan that an action has commenced and requested that the defendant waive service. The notice and request complied with subsections A, B, C, D, E, F, and G, or the Federal Rules of Civil Procedure, Title II, Rule 4, Section (d) Waiving Service, Subsection (1) Requesting Waiver.

I, the plaintiff, mailed the notice and request via USPS, 1st class, certified mail on 01/04/21. Please see attached: **Article E** pg. 1-6, Certified Mail Receipts and Signature cards (ALREADY FILED WITH COURT CLERK)

This was the second notice and request for service waiver.
I, the plaintiff, did not receive any signed waivers from the defendants as of the date, 04/02/21.

I, the plaintiff, obtained a stamped summons from the court clerk and initiated the procedure with a process server for service of summons on 02/12/21.

The summons and complaint were duly served on the Defendant Sean Kennan on the 15th day of February, 2021.

'Proof of Service' documentation pertaining to the defendant, Sean Keenan, was filed on March 31, 2021.

There has been no answer or other defense filed by the Defendant Sean Keenan. I do not believe Defendant, Sean Keenan was in military service and is not an infant or incompetent.

Therefore, I, the plaintiff, respectfully request that this court make an entry of default at this time.

This 2nd day of April, 2021.

Respectfully submitted,
Barbar Dawn Underwood
4513 Park Lake Dr.
Kiawah Island, SC 29455
901-907-9924

Barbara Dawn Underwood
4513 Park Lake Dr.
Kiawah Island, SC 29455



7020 2450 0001 3101 9399

Southern District of Court Clerk
Augusta Division
PO Box 1130
Augusta, GA 30909

30903-113030